IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,          :
      Plaintiff

                        :

      vs.          :   CIVIL NO. 1:CV-06-1564

                        :

CHARLENE E. STUMP,
      Defendant          :


*ORDER AND JUDGMENT*


     AND NOW, this 30th day of October, 2006, upon
consideration of Plaintiff's motion for the entry of a default
judgment (doc. 4), it is ORDERED

     a) That plaintiff's motion for judgment is granted.
Judgment is entered in favor of Plaintiff, United States of
America, and against Defendant, CHARLENE E. STUMP, in the amount
of $38,378.46 plus interest at the rate of $5.76 per day from
June 30, 2006, to the date of any Marshal's sale or other sale
of the property.

     b) That the promissory note and mortgage between
Plaintiff and Defendant are foreclosed as to the real property
described therein.  In accordance with Section 204(1) of the
National Housing Act there is no right of redemption in the
mortgagor or any other person.

     c) That the real property described therein be sold
according to law.

A copy of this Order shall be delivered to the United States Marshal by the Clerk.  Jurisdiction is retained for the granting of such orders and decrees as future circumstances may require.

/s/William W. Caldwell
William W. Caldwell
United States District Judge